MIGUEL LUJAN # 66946
Full Name/Prisoner Number

P.O. Box 520
SANTA ROSA, NM 88435
Complete Mailing Address

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 02 2015

MATTHEW J. DYKMAN
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 15cv93SCY-KK
(To be supplied by the Court)

---

MIGUEL LUJAN _____, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use *et al.*)

v.

City of Española; Española Police Department, Officer
Luginbuhi and officer Martinez _____, Defendant(s).
(Do not use *et al.*)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. MIGUEL LUJAN is a citizen of UNITED STATES who
   (Plaintiff)                       (State)

presently resides at P.O. Box 520 SANTA ROSA, NM 88435, G.C.C.F.
                    (mailing address or place of confinement)

2. Defendant Officer Luginbuhi is a citizen of UNITED STATES/New Mexico
              (name of first defendant)              (State)

whose address is 405 N. Paseo Deonate, Espanola NM, 87532

and who is employed as Police Officer, Espinala Police Dept. At the time the claim(s)
                      (title and place of employment)

## "A. PARTIES."

City of Espanola: Employee of the two Police Officers. Also is a Municipality in the State of New Mexico. 405 N. Paseo De Onate Espanola, NM 87532

Espanola Police Dept - A dully established Law Enforcement Agency of the City of Espanola New Mexico.
405 N. Paseo Deonate, NM 87532.
1316 Calle Suite E, Espanola NM. 87532.

alleged in this complaint arose, was this defendant acting under color of state law?
✓ Yes ____ No. If your answer is "Yes," briefly explain:
He was on Police Duty

3. Defendant **Officer Martinez** is a citizen of **United States / New Mexico**
   (name of second defendant)                                (State)

whose address is **405 N. Paseo Deonate, NM 87532**

and who is employed as **Espanola Police Dept, Police Officer**. At the time the claim(s)
(title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
✓ Yes ____ No. If your answer is "Yes," briefly explain:

He was on Police Duty

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)

(CHECK ONE OR BOTH:)
____✓____ Jurisdiction is asserted pursuant to 42 U.S.C. ' 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. ' 1331 (for federal defendants).
____✓____ Jurisdiction also is invoked pursuant to 28 U.S.C. ' 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

## B. NATURE OF THE CASE

**BRIEFLY** state the background of your case. ON 4-3-2014 ABOUT 12:45AM ON VIGIL ST ESPANOLA, NM, ESPANOLA POLICE OFFICERS MR MARTINEZ AND MR LUGUN BUHI USED EXCESSIVE FORCE, DELIBERATE INDIFFERENCE CAUSING SERIOUS PHYSICAL AND EMOTIONAL INJURIES. ON THE ABOVE DATE I WAS WALKING DOWN THE ROAD. WHEN THE POLICE OFFICERS STOPPED ME. THEY ASKED ME TO PUT MY HANDS UP. I COMPLIED. NEXT THING I SAW WAS LASER LIGHTS POINTING TO MY CHEST AREA. THAN WITHIN SECONDS WITHOUT ANY JUST CAUSE I WAS BEING TAZED WITH THE LASER GUNS. I WAS
SEE CONTINUED NEXT PAGE

2

~~FACTS~~

THAN HANDCUFFED TO THE BACK AND ONCE AGAIN FOR ANY JUST CAUSE THEY CONTINUED TAZING ME UNTIL MY HEART STOPPED. THE PARAMEDICS ARRIVED AND THEY PERFORMED C.P.R AND TRANSPORTED ME TO THE HOSPITAL. I WAS PUT ON LIFE SUPPORT FOR (3) THREE DAYS, WHERE I REMAINED IN ICU FOR TWO WEEKS.

NORMALLY IN A SITUATION LIKE MINE, THE INCIDENT IS USUALLY REPORTED ON THE LOCAL NEWSPAPER AND THE NEWS. IN THIS CASE IT WAS NOT, BECAUSE THEY TRIED TO COVER UP THEIR WRONGDOING. ADDITIONALLY THEY TRIED TO COVER UP THE TRUTH BY STATING IN MY RELEASE PAPER THAT I HAD "OVERDOSED".

THIS COURT SHALL TAKE A SPECIAL NOTE: ON 7-17th 2014 I HAD A PROBATION VIOLATION HEARING IN COURT. AT THE HEARING OFFICER LUGINBUHL DID TESTIFY THAT DUE TO THE TAZING I WAS PUT ON LIFE SUPPORT, WITHOUT KNOWING IF I WAS THE RIGHT PERSON ACCUSED OF THE CHARGES PENDING AGAINST ME. THIS WAS NOT THE FIRST TIME ESPANOLA POLICE DEPT WRONGFULLY ACCUSED ME OF COMMITTING CRIMES. INFACT THEY HAD HIT ME (3) DIFFERENT TIMES ON FELONY CHARGES, WHICH WERE FINALLY DISMISSED.

I AM VERY SURE THAT THE WHOLE INCIDENT WAS RECORDED ON DIFFERENT POLICE VIDEO CAMS. MY HANDS WERE UP WHEN THEY TAZED ME.

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:** CRUEL AND UNUSUAL PUNISHMENT, 8th Amendment Violation, TAZING AFTER HANDCUFFED, CAUSING NEAR DEATH AND LIFETIME HEART PROBLEMS.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

THE DEFENDANTS ACTED IN DELIBERATE INDIFFERENCE WHEN THEY EXCESSIVELY TAZED ME EVEN WHEN I COMPLIED TO THEIR COMMANDS BY RAISING BOTH OF MY HANDS UP. I ALMOST LOST MY LIFE. THESE ACTS WERE CRUEL AND UNUSUAL. BECAUSE IT WAS UNNECESSARY AND WANTON INFICTION OF PAIN.

**Claim II:** VIOLATION OF DUE PROCESS 5th AMENDMENTS 14th AMENDMENTS.

Supporting Facts: THE CITY OF ESPANOLA HAS DEVELOPED PROCEDURES, POLICIES, AND PROCEDURES AND MUST ABIDE BY STATE AND FEDERAL LAWS WHEN APPREHENDING A CITIZEN OF THE UNITED STATES OF AMERICA.

IN THIS CASE THE DEFENDANTS VIOLATED MY DUE PROCESS RIGHTS BY FAILING TO ADHERE TO STATE AND FEDERAL LAWS.

TAZING OF A UNITED STATES CITIZEN IS NOT REQUIRED ONCE THE PERSON COMPLIES TO POLICE COMMANDS. AS A MATTER OF LAW TAZING IS NOT ALLOWED ONCE A PERSON IS HANDCUFFED.

3

Claim III: EXCESSIVE FORCE USED BY THE DEFENDANTS. UNNECESSARY USE OF TAZER.

Supporting Facts: AFTER I WAS HANDCUFFED, THERE WAS NO NEED FOR THE DEFENDANTS TO TAZE ME. THE USE OF TAZER AFTER HANDCUFFED WAS NOT JUSTIFIED AT ALL.

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ____Yes __X__No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

a. Parties to previous lawsuit:

   Plaintiff(s): _____N/A_____

   Defendant(s): _____N/A_____

b. Name and location of court and docket number __N/A__

c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?) __N/A__

d. Issues raised: __N/A__

e. Approximate date of filing lawsuit: __N/A__

f. Approximate date of disposition: __N/A__

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ____Yes __X__No.

If your answer is "Yes," briefly describe how relief was sought and the results.

N/A

4

3. I have exhausted available administrative remedies. ____ Yes __X__ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted.

I WROTE LETTERS TO SEVERAL LAWYERS. NO ONE WANTS TO TAKE THE CASE AFTER THEY FIND OUT WHO THE DEFENDANTS ARE.

### E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. ' 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

  Plaintiff(s): N/A

  Defendant(s): N/A

b. Name and location of court and docket number N/A

c. Grounds for dismissal: ( ) frivolous ( ) malicious ( ) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: N/A

e. Approximate date of disposition: N/A

2. Are you in imminent danger of serious physical injury? __X__ Yes ____ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

I BELIEVE THAT SOMEDAY THE DEFENDANTS WILL RETALIATE BY HURTING ME.

5

## G. REQUEST FOR RELIEF

I request the following relief: PUNITIVE DAMAGES: ($1,000) One thousand dollars a day From the date of incident until the case is settled. COMPENSOTARY DAMAGES: ($1,000) One thousand dollars a day From the date of incident until the case is settled. Any attorney Fees and Court costs. Any Past, present and Future medical expense's.

_Miguel Lujan_
**Prisoner's Original Signature**

_N/A_
Original signature of attorney (if any)

_N/A_
_N/A_
_N/A_
Attorney's full address and telephone

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. ' 1746; 18 U.S.C. ' 1621.

Executed at _G.C.C.F Prison, Santa Rosa, NM_ on _1-29-15_.
  (location)                                                            (date)

_Miguel Lujan_
**Prisoner's Original Signature**

_Notary Michel Fell_
_Expires Nov 30 2016_

6

## CERTIFICATE OF SERVICE

"I HEREBY CERTIFY THAT A COPY OF THE FOREGOING DOCUMENT WILL BE MAILED OR HAND DELIVERED TO EACH DEFENDANTS ONCE THE DOCUMENT IS PROPERLY FILED IN THE COURT AND I HAVE RECIEVED A COPY OF IT.

*Miguel Lujan*
1-29-15

Guadalupe County Correctional Facility
Miguel Lujan NMCD #63089 H2-E-207
P.O. Box 520
Santa Rosa, New Mexico
88435



District Of New Mexico
Office Of the Clerk
Suite 270
333 Lomas Blvd, N.W.
Albuquerque, New Mexico
87102

RECEIVED
At Albuquerque NM
FEB 02 2015
MATTHEW J. DYKMAN
CLERK

Legal Mail