**FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO**

# UNITED STATES DISTRICT COURT
for the

FEB 0 2 2015

MATTHEW J. DYKMAN
CLERK

MIGUEL LUJAN )
CITY OF ESPANOLA, *Plaintiff/Petitioner* )
ESPANOLA POLICE DEPT, v. )  Civil Action No.
OFFICER MARTINEZ AND LUBUINBUHI )
*Defendant/Respondent* )   15cv93 SCY-KK

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
(Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: Guadalupe County Correctional Facility.
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

N/A

My gross pay or wages are: $ 0. N/A , and my take-home pay or wages are: $ 0 . _____ per
*(specify pay period)* N/A .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

(a) Business, profession, or other self-employment ☐ Yes ☒ No
(b) Rent payments, interest, or dividends ☐ Yes ☒ No
(c) Pension, annuity, or life insurance payments ☐ Yes ☒ No
(d) Disability, or worker's compensation payments ☐ Yes ☒ No
(e) Gifts, or inheritances ☐ Yes ☒ No
(f) Any other sources ☐ Yes ☒ No

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

N/A

4. Amount of money that I have in cash or in a checking or savings account: $ 0.00 .

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

None

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

None

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

None

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 1-29-15

Miguel Lujan
*Applicant's signature*

Miguel Lujan
*Printed name*

# FINANCIAL CERTIFICATE
## (Initial filing or appeal/IFP application)

__Miguel Lujan__                                __66946__
INMATE NAME (*please print*)                    INMATE NUMBER

U.S. DISTRICT COURT CASE NUMBER: _____

1. Inmate's average monthly DEPOSITS for six preceding months: $ 52.80 .

2. Inmate's average monthly BALANCE for six preceding months: $ 11.88 .

3. CURRENT ACCOUNT BALANCE:
   Funds accessible to inmate as of __1/28/15__ (date), including amount in savings account, in excess of minimum amount that must be maintained: $ 3.34 .

4. Attached hereto is a copy of the inmate's financial transactions for the six preceding months.


I hereby certify that as of this date, the above financial information is accurate for the above-named inmate, and that a copy of this certificate is being provided to the above-named inmate.

__[signature]__
AUTHORIZED OFFICER

TITLE: __Inmate Accounts__

__1/28/15__
DATE

| Offender Name | NMCD # Account Description | | Account Number |
|---|---|---|---|
| LUJAN, MIGUEL ANTHONY | 66946 INMATE REGULAR SPENDING | | 55657 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| | 07/01/2014 | Beginning Balance | | .00 |
| 2129142 | 08/27/2014 | Cash Receipt - THERESA TRUJILLO | 20.00 | 20.00 |
| 2129750 | 09/02/2014 | Commissary Purchase; Invoice 234518 | -20.00 | .00 |
| 2130275 | 09/04/2014 | Cash Receipt - JOHN J GONZALES | 20.00 | 20.00 |
| 2130275 | 09/04/2014 | Cash Receipt - JOHN J GONZALES | 15.00 | 35.00 |
| 2132524 | 09/09/2014 | Commissary Purchase; Invoice 234964 | -12.76 | 22.24 |
| 2141762 | 09/18/2014 | Commissary Purchase; Invoice 235591 | -9.50 | 12.74 |
| 2141859 | 09/18/2014 | GCCF INMATE PHOTOS | -7.00 | 5.74 |
| 2143446 | 10/01/2014 | Cash Receipt - JOHN J GONZALES | 40.00 | 45.74 |
| 2145432 | 10/07/2014 | Commissary Purchase; Invoice 236818 | -38.13 | 7.61 |
| 2146544 | 10/08/2014 | GCCF INMATE PHOTOS | -7.00 | .61 |
| 2150181 | 10/14/2014 | GCCF SEPT PAY - GCCF-DAY ORD H1B-1 | 17.60 | 18.21 |
| 2150838 | 10/14/2014 | AUTOMATIC CVR DEDUCTION | -2.64 | 15.57 |
| 2150839 | 10/14/2014 | Automatic Savings Deduction | -.88 | 14.69 |
| 2157699 | 11/04/2014 | Commissary Purchase; Invoice 238589 | -8.35 | 6.34 |
| 2166542 | 11/14/2014 | GCCF OCT PAY - GCCF-DAY ORD H1B-1 | 14.40 | 20.74 |
| 2167144 | 11/14/2014 | AUTOMATIC CVR DEDUCTION | -2.16 | 18.58 |
| 2167145 | 11/14/2014 | Automatic Savings Deduction | -.72 | 17.86 |
| 2167566 | 11/14/2014 | Cash Receipt - JOHN J GONZALES | 25.00 | 42.86 |
| 2169420 | 11/18/2014 | Cash Receipt - JOHN J GONZALES | 20.00 | 62.86 |
| 2173668 | 12/09/2014 | Commissary Purchase; Invoice 241081 | -38.82 | 24.04 |
| 2181667 | 12/16/2014 | GCCF NOV PAY - GCCF-DAY ORD H1B-1 | 8.80 | 32.84 |
| 2182316 | 12/16/2014 | AUTOMATIC CVR DEDUCTION | -1.32 | 31.52 |
| 2182317 | 12/16/2014 | Automatic Savings Deduction | -.44 | 31.08 |
| 2183119 | 12/18/2014 | Cash Receipt - JOHN J GONZALES | 40.00 | 71.08 |
| 2183119 | 12/18/2014 | Cash Receipt - JOHN J GONZALES | 20.00 | 91.08 |
| 2183388 | 12/19/2014 | Commissary Purchase; Invoice 242019 | -31.08 | 60.00 |
| 2183502 | 12/19/2014 | GCCF POSTAGE | -3.58 | 56.42 |
| 2183765 | 12/22/2014 | GCCF COPIES | -.50 | 55.92 |
| 2184636 | 12/30/2014 | Commissary Purchase; Invoice 242449 | -49.21 | 6.71 |
| 2186210 | 01/07/2015 | Commissary Return; Invoice 241081 | 2.11 | 8.82 |
| 2186218 | 01/07/2015 | Commissary Return; Invoice 242019 | 1.29 | 10.11 |
| 2195552 | 01/15/2015 | GCCF DEC PAY - GCCF-DAY ORD H1B-1 | 16.00 | 26.11 |
| 2196185 | 01/15/2015 | AUTOMATIC CVR DEDUCTION | -2.40 | 23.71 |

| Offender Name | | NMCD # Account Description | | Account Number |
|---|---|---|---|---|
| LUJAN, MIGUEL ANTHONY | | 66946 INMATE REGULAR SPENDING | | 55657 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| 2196186 | 01/15/2015 | Automatic Savings Deduction | -.80 | 22.91 |
| 2196880 | 01/15/2015 | Cash Receipt - JOHN J GONZALES | 40.00 | 62.91 |
| 2197281 | 01/20/2015 | GCCF INMATE PHOTOS | -7.00 | 55.91 |
| 2197469 | 01/20/2015 | Commissary Purchase; Invoice 243795 | -46.65 | 9.26 |
| 2197823 | 01/22/2015 | Commissary Purchase; Invoice 244297 | -5.00 | 4.26 |
| 2197873 | 01/23/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 24.26 |
| 2198302 | 01/26/2015 | GCCF COPIES | -3.00 | 21.26 |
| 2198392 | 01/27/2015 | Commissary Purchase; Invoice 244643 | -20.79 | .47 |
| | 01/28/2015 | Ending Balance | | .47 |