Case 1:15-cv-00093-SCY-KK  Document 11  Filed 07/07/15  Page 1 of 2

New Mexico Corrections Department
GUADALUPE COUNTY CORR. FAC

**FILED**
**UNITED STATES DISTRICT COURT**
ALBUQUERQUE, NEW MEXICO

**STATEMENT OF ACCOUNT**
**Offender Account Activity**

Statement Date: 05/01/2015   To: 06/15/2015

**JUL 0 7 2015**

Page 1 of 1

ACCOUNT TRANSACTION DETAIL:

Account: INMATE REGULAR SPENDING
Account Balance: 13.12

**MATTHEW J. DYKMAN**
**CLERK**

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 40.11 |
| 2246637 | 05/12/2015 | Commissary Purchase; Invoice 253015 | 22.62 | | 17.49 |
| 2248883 | 05/13/2015 | GCCF APRIL 2015 PAY - GCCF-DAY ORD H1B-1 | | 14.40 | 31.89 |
| 2249541 | 05/13/2015 | AUTOMATIC CVR DEDUCTION | 2.16 | | 29.73 |
| 2249542 | 05/13/2015 | Automatic Savings Deduction | 0.72 | | 29.01 |
| 2254325 | 05/18/2015 | GCCF- INMATE PHOTOS | 7.00 | | 22.01 |
| 2258827 | 06/09/2015 | Commissary Purchase; Invoice 255398 | 16.57 | | 5.44 |
| 2265899 | 06/15/2015 | GCCF- MAY 2015 PAY - GCCF-DAY ORD H1B-1 | | 9.60 | 15.04 |
| 2266585 | 06/15/2015 | AUTOMATIC CVR DEDUCTION | 1.44 | | 13.60 |
| 2266586 | 06/15/2015 | Automatic Savings Deduction | 0.48 | | 13.12 |
| | | Ending Balance | | | 13.12 |

Account: DISCHARGE MONEY
Account Balance: 6.12

| Trans. ID | Trans. Date | Transaction Description | Debit | Credit | Account Balance |
|---|---|---|---|---|---|
| | | Beginning Balance | | | 4.92 |
| 2249542 | 05/13/2015 | Automatic Savings | | 0.72 | 5.64 |
| 2266586 | 06/15/2015 | Automatic Savings | | 0.48 | 6.12 |
| | | Ending Balance | | | 6.12 |

**MESSAGES:**
GCCF- PLEASE SUBMIT DEBIT MEMOS COMPLETED, AND SIGNED BY YOURSELF AND CASEWORKERS OR THEY WILL BE DENIED. MAKE SURE YOU HAVE THE MONEY IN YOUR ACCOUNT BEFORE SUBMITTING ANYTHING! IF YOU HAVE INSUFFICIENT FUNDS YOUR ACCOUNT WILL BE FROZEN UNTIL PAID!! ANY FUNDS THAT YOU WANT MOVED TO DISCHARGE ACCOUNT YOU MUST SEND A REQUEST TO THE SENIOR WARDEN TO APPROVE.

*Guadalupe County Correctional Facility*

Name: Miguel Lujan    NMCD# 66946 Unit #2B:204

Post Office Box 520

Santa Rosa, New Mexico 88435

RECEIVED
At Albuquerque NM

JUL 0 7 2015

MATTHEW J. DYKMAN
CLERK

United States District Court

District of New Mex

Office of The Clerk Suite 270

333 Lomas Blvd. N.W. Albuquerque

New Mexico 87102

Hasler

06/17/2015
US POSTAGE $000.48⁵

FIRST CLASS MAIL

ZIP 88435
011D11649951