15CV93 SCY-KK
Date 07/13/2015

**New Mexico Corrections Department**
**Inmate Trust Accounting**
**Account Transaction History**
From 01/01/2015 To 07/13/2015

**FILED** Page 1 of 2
marrj113
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 3 0 2015

MATTHEW J. DYKMAN
CLERK

| Offender Name | NMCD # | Account Description | Account Number |
|---|---|---|---|
| LUJAN, MIGUEL ANTHONY | 66946 | INMATE REGULAR SPENDING | 55657 |

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
|  | 01/01/2015 | Beginning Balance |  | 6.71 |
| 2186210 | 01/07/2015 | Commissary Return; Invoice 241081 | 2.11 | 8.82 |
| 2186218 | 01/07/2015 | Commissary Return; Invoice 242019 | 1.29 | 10.11 |
| 2195552 | 01/15/2015 | GCCF DEC PAY - GCCF-DAY ORD H1B-1 | 16.00 | 26.11 |
| 2196185 | 01/15/2015 | AUTOMATIC CVR DEDUCTION | -2.40 | 23.71 |
| 2196186 | 01/15/2015 | Automatic Savings Deduction | -.80 | 22.91 |
| 2196880 | 01/15/2015 | Cash Receipt - JOHN J GONZALES | 40.00 | 62.91 |
| 2197281 | 01/20/2015 | GCCF INMATE PHOTOS | -7.00 | 55.91 |
| 2197469 | 01/20/2015 | Commissary Purchase; Invoice 243795 | -46.65 | 9.26 |
| 2197823 | 01/22/2015 | Commissary Purchase; Invoice 244297 | -5.00 | 4.26 |
| 2197873 | 01/23/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 24.26 |
| 2198302 | 01/26/2015 | GCCF COPIES | -3.00 | 21.26 |
| 2198392 | 01/27/2015 | Commissary Purchase; Invoice 244643 | -20.79 | .47 |
| 2204066 | 02/12/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 20.47 |
| 2209261 | 02/13/2015 | GCCF JAN PAY - GCCF-DAY ORD H1B-1 | 17.60 | 38.07 |
| 2209806 | 02/13/2015 | AUTOMATIC CVR DEDUCTION | -2.64 | 35.43 |
| 2209807 | 02/13/2015 | Automatic Savings Deduction | -.88 | 34.55 |
| 2213771 | 03/03/2015 | Commissary Purchase; Invoice 247387 | -30.09 | 4.46 |
| 2214418 | 03/06/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 24.46 |
| 2214577 | 03/09/2015 | GCCF INMATE PHOTOS | -7.00 | 17.46 |
| 2214605 | 03/09/2015 | GCCF COPIES | -.75 | 16.71 |
| 2214605 | 03/09/2015 | GCCF COPIES | -1.00 | 15.71 |
| 2215635 | 03/10/2015 | Commissary Purchase; Invoice 247756 | -15.32 | .39 |
| 2218647 | 03/12/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 20.39 |
| 2218647 | 03/12/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 40.39 |
| 2220772 | 03/13/2015 | GCCF FEB PAY - GCCF-DAY ORD H1B-1 | 9.60 | 49.99 |
| 2221376 | 03/13/2015 | AUTOMATIC CVR DEDUCTION | -1.44 | 48.55 |
| 2221377 | 03/13/2015 | Automatic Savings Deduction | -.48 | 48.07 |
| 2226657 | 03/24/2015 | Commissary Purchase; Invoice 248749 | -39.48 | 8.59 |
| 2233660 | 04/14/2015 | Cash Receipt - JOHN J GONZALES | 20.00 | 28.59 |
| 2233713 | 04/14/2015 | GCCF MARCH 2015 - GCCF-DAY ORD H1B-1 | 14.40 | 42.99 |
| 2234370 | 04/14/2015 | AUTOMATIC CVR DEDUCTION | -2.16 | 40.83 |
| 2234371 | 04/14/2015 | Automatic Savings Deduction | -.72 | 40.11 |
| 2246637 | 05/12/2015 | Commissary Purchase; Invoice 253015 | -22.62 | 17.49 |

**Offender Name:** LUJAN, MIGUEL ANTHONY
**NMCD # Account Description:** 66946 INMATE REGULAR SPENDING
**Account Number:** 55657

| Transaction ID | Date | Description | Amount | Balance |
|---|---|---|---|---|
| 2248883 | 05/13/2015 | GCCF APRIL 2015 PAY - GCCF-DAY ORD H1B-1 | 14.40 | 31.89 |
| 2249541 | 05/13/2015 | AUTOMATIC CVR DEDUCTION | -2.16 | 29.73 |
| 2249542 | 05/13/2015 | Automatic Savings Deduction | -.72 | 29.01 |
| 2254325 | 05/18/2015 | GCCF- INMATE PHOTOS | -7.00 | 22.01 |
| 2258827 | 06/09/2015 | Commissary Purchase; Invoice 255398 | -16.57 | 5.44 |
| 2265899 | 06/15/2015 | GCCF- MAY 2015 PAY - GCCF-DAY ORD H1B-1 | 9.60 | 15.04 |
| 2266585 | 06/15/2015 | AUTOMATIC CVR DEDUCTION | -1.44 | 13.60 |
| 2266586 | 06/15/2015 | Automatic Savings Deduction | -.48 | 13.12 |
| 2267760 | 06/17/2015 | Commissary Purchase; Invoice 256477 | -6.00 | 7.12 |
|  | 07/13/2015 | Ending Balance |  | 7.12 |

*[Handwritten note:]* fill out the Requests Right. I am not gonna look for your Info everytime! (Name, NMCD #) Housing Unit!

*[Signature]* 7/13/15

*Guadalupe County Correctional Facility*
Name: Miguel Lujan  NMCD# 66946  Unit #2-A-106
Post Office Box 520
Santa Rosa, New Mexico 88435

RECEIVED
At Albuquerque NM

JUL 3 0 2015

MATTHEW J. DYKMAN
CLERK

United States District Court
District of New Mexico
Office of the Clerk Suite 270
333 Lomas Blvd. N.W. Albuquerque
Santa Fe New Mexico. 87102

Hasler
07/28/2015
US POSTAGE $000.48⁰

FIRST-CLASS MAIL
ZIP 88435
011D11649951