UNITED STATES DISTRICT COURT

DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG 10 2015
MATTHEW J. DYKMAN
CLERK

MIGUEL LUJAN,
   Plaintiff,

VS.                                    CIVIL ACTION NO: 15-CV-93 SCY/KK

CITY OF ESPANOLA, ESPANOLA         JUDGE: KIRTAN KHALSA
POLICE DEPARTMENT, OFFICER LUGINBUHL, and OFFICER MARTINEZ,
   DEFENDANTS,

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the court appoint an attorney to represent me in the matter cited above. In support of the motion, I state the following:

(1.) On July 31, 2015, I recieved a copy of the defendants "ANSWER" to my complaint, in the above cause number.

(2.) The defendant primarily asks the court to dismiss my complaint.

(3.) I am pleading with the court for not to dismiss the complaint, for the following reasons: (A) The Espanola Police tased me so many times that my brain and my heart is damaged. (b.) I have suffered serious medical problems (C.) They violated my 8th Amendment rights to cruel and unusual punishment.

(4.) I don't know how to represent myself on this case. There is no one here, at this facility to help me fight my case.

(5.) I have made the following efforts to obtain counsel from several legal services, organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel.

(1.)

Philip B. DAVIS Attorney At Law, Lucero and Howard, LLC, August Jonas Rane Attorney at Law, Nicholas T. Davis Law Office of Philip B. Davis, ACLU, Rothstein, Donatelli, Hughes, Dahlstrom, Schoenburg and Bienvenu, LLP, Law Office of Frances Crockett, LLC. I wrote all these Lawyers.

(6.) Nobody wants to help me in this case.

I humbly ask this Court and pray that this "MOTION FOR THE APPOINTMENT OF COUNSEL", be granted.

DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he is the plaintiff in the above action that he has read the above complaint and that the information contained therein is true and correct 28 U.S.C. Sec 1746 18 U.S.C. Sec. 1621.

Executed at: GCCF (Location) on 8-6-15 (Date).

x Miguel Lujan (Signature)

CERTIFICATE OF SERVICE

I hereby certify that on the 8-6-15, I sent the Motion for Appointment of Counsel and mailed a copy by U.S. Mail, to:

MARK A. BASHAM
Basham and Basham, P.C.
2205 Miguel Chavez Road, Suite A
Santa Fe, New Mexico 87505

x Miguel Lujan
MIGUEL LUJAN
DOC # 66946.

(2.)

SUBSCRIBED AND SWORN TO BEFORE ME THIS 6 day of August, 2015. By

x *Miguel Lujan*
MIGUEL LUJAN DOC#66946, Pro-Se.

x NOTARY PUBLIC *Michael [signature]*

x MY COMMISSION EXPIRES Nov 30 2016

(3.)

*Guadalupe County Correctional Facility*
Name: [signature]    NMCD# [handwritten]    Unit [handwritten]
Post Office Box 520
Santa Rosa, New Mexico 88435

07 AUG 2015 PM 4 L

RECEIVED
At Albuquerque NM

AUG 10 2015

MATTHEW J. DYKMAN
CLERK

United States District Court
District of New Mexico
Office of the Clerk
Suite 270
333 Lomas Blvd. N.W.
Albuquerque, New Mexico
87102

LEGAL