IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MIGUEL LUJAN,

    Plaintiff,

v.                               No 1:15-cv-00093-SCY-LF

CITY OF ESPANOLA, ESPANOLA POLICE
DEPARTMENT, OFFICER LUGINBUHI,
and OFFICER MARTINEZ,

    Defendants.

## **ORDER DENYING APPOINTMENT OF COUNSEL**

This matter is before the Court on plaintiff's motion for appointment of counsel (Doc. 18), filed August 10, 2015. When considering a motion for appointment of counsel in a civil rights case, the court considers "the merits of the litigant's claims, the nature of the factual issues raised in the claims, the litigant's ability to present the claims, and the complexity of the legal issues raised by the claims." *Rucks v. Boergermann*, 57 F.3d 978, 979 (10th Cir. 1995) (quoting *Williams v. Meese*, 926 F.2d 994, 996 (10th Cir. 1991)). Although plaintiff's papers may be inexpertly drawn, *Pyle v. Kansas*, 317 U.S. 213, 216 (1942), he appears to understand the issues in the case and to be representing himself in an intelligent and capable manner. *See Lucero v. Gunter*, 52 F.3d 874, 878 (10th Cir. 1995). Accordingly, the Court, having reviewed plaintiff's complaint and other filings in light of the foregoing factors, finds that plaintiff's motion should be denied.

IT IS THEREFORE ORDERED that the motion for appointment of counsel (Doc. 18), filed August 10, 2015, is DENIED.

_____
Laura Fashing
United States Magistrate Judge