Case No. 1:15-CV-00093-KG-LF

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
JAN 28 2016
MATTHEW J. DYKMAN
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PROSE
MIGUEL LUJAN
PLAINTIFF.

V. Case No. 1:15-CV-00093-KG-LF

CITY OF ESPAÑOLA, ESPAÑOLA POLICE DEPARTMENT, OFFICER LUGINBUHI, and OFFICER MARTINEZ,
DEFENDANTS.

REDACTED

PLAINTIFFS RESPONCE TO MARTINEZ REPORT

COMES NOW, PLAINTIFF IS INCARUSERRATED AT THE GUADALUPE COUNTY CORRECTIONAL FACILITY BY AND IS RESPONDING TO THE MARTINEZ REPORT.

I. INTRODUCTION

PLAINTIFF IS INCARCERATED AND INFACT DOES UNDERSTAND THE REASON FOR THE ESPAÑOLA CITY POLICE TO HAVE STOPED PLAINTIFF THE NIGHT OF HIS HOSPITALIZATION BEGINNING APRIL 3, 2014 UNTILL APRIL 28, 2014.

PLAINTIFF DID INFACT TAKE A GLOBAL PLEA OF BREAKING AND ENTERING AND WAS WALKING DOWN CALLE VIGIL WHEN OFFICERS STOPPED HIM. NOT LYING IN THE MIDDLE OF STREET LIKE THEY CLAIM. AT THAT POINT IS WHEN OFFICER LUGINBUHL WHO WAS FIRED FROM HIS POLICE DUTIES FOR SHOOTING AT HIS OWN CO WORKERS DID FEEL I GET TAZED EVEN WITH MY HANDS UP IN THE AIR.

PLAINTIFF FEELS THE DEFENDANTS COULD HAVE

CASE NO. 1:15-CV-00093-KG-LF

Page: ______

APPROACHED HIM DIFFRENTLY AND FOLLOWED THEIR PROPER PROCEGERS WITCH WOULD OF TURNED OUT DIFFRENTLY. THE LAST THING PLAINTIFF REMEMBERS FROM THAT NIGHT WAS THE POLICE OFFICERS ASKING PLAINTIFF TO PUT UP HANDS AND BOTH OFFICER LUGINBUHL AND MARTINEZ HAD BOTH SPOT LIGHTS AND HOOD CHERRY LIGHTS ON PLAINTIFF AT THE TIME PLAINTIFF HAD HIS HANDS IN THE AIR.

SEE PARAMEDIC REPORT STATES PARAMEDIC'S did INFACT TAKE ELECTRODES OUT FROM MY LEFT ARM AND ~~LEFT~~ RIGHT HIP NOT AROUND LEFT ELBOW AND BUTTOCKS area.

READING BOTH POLICE REPORTS OFFICERS ADMIT TO TAZING PLAINTIFF WHILE BEING HAND CUFFED TO THE BACK AND OFFICER MARTINEZ STATES HE KNEES PLAINTIFF IN THE ABDOMEN FOR THE REASON PLAINTIFF TENCED UP AFTER BEING TAZED IN THE CHEST AREA.

ALTOGEATHER ON THE POLICE REPORTS THEY ADMIT TO HAVING TAZORED PLAINTIFF SIX TIMES. TWICE BEFORE HANDCUFFING PLAINTIFF AND THREE AFTER HANDCUFFING PLAINTIFF AND THE ONE TIME OFFICER MARTINEZ STATES HE SEES LUGINBUHL TAZE PLAINTIFF IN THE CHEST AREA. SIX TIMES ON REPORTS.

CASE NO 1:15-CV-00093-KG-LF

Page: ____

THE ORDER TO FILE A MARTINEZ REPORT WAS TO INVESTIGATE THE INCIDENT WITCH HAPPEND THE DAY PLAINTIFFS HOSPITALIZATION,

TO GET MEDICAL RECOURDS WITCH DEFENDANTS HAVE NOT YET PROVIDED TO PROVID VIDO OF APRIL 3, 2014 WITCH DEFENDANTS HAVE NOT BROUGHT FOURTH.

FROM THE LOOKS OF THE DEFANDANTS MARTINEZ REPORT IT IS ALL OF PLAINTIFFS CRIMINAL HISTORY WITCH WOULD BE RELAVENT TO THIS CASE.

PLAINTIFF IS NOW INVOLVED IN MENTAL HEALTH DO TO THE TAZORING THAT WAS APLIDED ON PLAINTIFF AND IS RESULTING IN PHYSICAL AND EMOTIONAL INJURIES. PLAINTIFF WAS DIEGNOSED WITH PTSD. AND DEPRESSION DO TO INCEDIENT ON APIRL 3, 2014

PLAINTIFF TRYED TO GET IT IN WRITING TO SHOW THE COURTS THAT PLAINTIFF HAS BEEN MENTOLY EFFECTED BUY ALL THE TAZING THAT WAS APLIED BUT THE FACILITY DID NOT WANT TO GIVE THAT INFORMATION OUT TO PLAINTIFF AND WOULD NEED TO GET A ATTORNEY TO REQUEST THAT INFORMATION.

THE PLAINTIFF DOES INFACT UNDERSTAND

Case NO 1:15-CV-00093-KG-LF

Page:

THAT WHAT HE WAS DOING IN THE ACT OF All THIS WAS NOT WHAT HE WAS SUPPOSED TO BE DOING AND IS COMPLEATING THE REMANDOR OF HIS SENTENCE AT THIS TIME. THE PLAINTIFF DOES NOT FEEL GOING BACK TO THE VAlly WOUlD BE THE RIGHT CHOICE FOR HIM SO HE WIll BE MOVING TO AlBUQUERQUE AS SOON AS HIS RElEASE DATE COMES FortH.

PLAINTIFF IS SCARED TO RETURN BACK TO THE VAlly AND BELIVES DEFENANTS WOUlD WANT HIM DEAD OR INCARCERATED FOR THE REMAING DAYES OF HIS LIFE.

OVERAll PLAINTIFF DOES FEEL THAT DEFENDANTS DO KNOW THAT At SOME POINT THEY DID CROSS THE LINE BUY USING EXCCIVE FOURCE FOR THE FACT THAT THEY DID AlREADY TRY TO MAKE AN OFFER TO SETTOLE OUT OF COURT. SO WITH All DO RESPECT TO THE COURT PLAINTIFF ASKES THE COURT TO NOt JUDGE PLAINTIFF BUY HIS PAST MUSTAKES AND WITH All DO RESPECT PLAINTIFF THANKS THE COURT FOR GIVING HIM THE OPPERTUNITY OF PRESANTING PLAINTIFFS CASE AND THANKS THE COURT FOR THIER TIME.

Case NO 1:15-CV-00093-KG-LF

Page:

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT ON THE 25th day OF JANUARY, 2016, THE FOREGOING PLAINTIFFS RESPONCE TO DEFENDANTS MARTINEZ REPORT WAS MAILD OUT BUY MAIL TO DEFENDANTS: ADDRESS:

MARK A. BASHAM
STEPHEN C. ROSS
2205 MIGUEL CHAVEZ, SUITE A
SANTA FE NEW MEXICO 87505
Attorneys For DEFENDANTS

RESPECTFULLY
SUBMITTED
PROSE 1-25-16
MIGUEL LUJAN
#66946
Miguel Lujan
C/O Guadalupe Corrections
P.O. BOX 520
Santa Rosa N Mex
88435

BASHAM & BASHAM, P.C.

ATTORNEYS AT LAW

November 10, 2015

**LEGAL MAIL**
Miguel Lujan, #66946
Unit H-2A-106
Guadalupe County Correction Facility
P.O. Box 520
Santa Rosa, NM 88435

Re: **CONFIDENTIAL SETTLEMENT OFFER PURSUANT TO RULE 11-504**
**Case No. 15-CV-93 SCY/KK Miguel Lujan v. City of Espanola et al.**

Dear Mr. Lujan:

I am writing to offer to settle all your claims against all the defendants in the case listed above. I am an attorney and represent all the defendants. We are offering to pay you $1,000.00 to settle this lawsuit. If you agree to this offer you can call or write me and I will prepare legal documents to have the case dismissed and have us each waive and release all our claims against one another.

Please note that I am the attorney on the other side of this case so you may wish to consult with someone serving your interests regarding this offer. I am aware that you have sought legal counsel and have not obtained legal counsel thus far. I am dealing with you directly because you have no legal counsel. If you get an attorney to represent you please let me know.

My contact information is on the bottom of this letter. My direct phone line is (505) 988-4575 x106. My e-mail is pdwyer@bbpcnm.com

Sincerely

Peter A. Dwyer

2205 MIGUEL CHAVEZ ROAD, SUITE "A" • SANTA FE, NEW MEXICO • 87505
PHONE: (505) 988-4575 • FAX: (505) 992-6170

**FINAL**

**Patient Care Report**

Espanola Hospital
1010 SPRUCE ST
ESPANOLA, NM, 875322724
(505) 753-1578 Ext.

EMS Agency Number:

Run Number: 1076

Date of Service: 04/03/2014

Patient Name: Miguel Lujan

**CREW INFO**

Vehicle: M1
Crew #1: Leimer, Van
Crew #1 Level: EMT-Paramedic
Crew #2: Smith, James
Crew #2 Level: EMT-Paramedic

Doc'd By: Leimer, Van

Assisted By:

**RESPONSE INFO**

Call Type:
Resp Priority: Priority 1 City
Resp Change: Priority 1 City
Nature Of Call: E30 Traumatic Injuries
Call Taken by:
Resp. with:
# of Patients: 1

Location: 1017 W. Bond
Espanola, NM 87532

**DISPOSITION**

Outcome: Treated, Tx by EMS
Trans. Priority:

Transport Mileage: 0.2
Cond at Dest.: Improved

Level of care:
Pt. Transported: Supine - Main Stretcher
Dest. Reason: Protocol

Destination: Espanola Presbyterian Hospital
Dept. ER
1010 SPRUCE ST
ESPANOLA, NM 875322746

**TIMES**

Recvd: 01:01 04-03-14
Dispatch: 01:01 04-03-14
En route: 01:03 04-03-14
At scene: 01:11 04-03-14
At patient: 01:23 04-03-14
Transport: 01:32 04-03-14
At dest.: 01:36 04-03-14
Trans of Care: 01:36 04-03-14
In service: 02:00 04-03-14

**PATIENT INFORMATION**

Name: Miguel Lujan
SSN: 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
Sex: Male
PCP:
Specialist:

Phone: (505) 316-[redacted]
DOB: [redacted]
Weight: 185 lbs (83.91 kgs)

Home Country: United States
Billing Addr.: PO BOX 2008
ESPANOLA,RIO ARRIBA, NM 87532

**INSURANCE**

Workmans Comp. Info:

Company:

Certificate Med Nec:

Group #:

Code:

Ambulance Transport in Last 24 Hours: No

*no insurance information entered*

**PATIENT COMPLAINTS**

Chief Complaint
Trauma - Other(Primary)

**HISTORY**

Past Medical History
Unknown

Allergies
Unknown

Medications
Unknown -

**ASSESSMENT**

ETOH/Drug use:

**FINAL** **Patient Care Report**

Espanola Hospital
1010 SPRUCE ST
ESPANOLA, NM, 875322724
(505) 753-1578 Ext.

EMS Agency Number:

Run Number: 1075

Date of Service: 04/03/2014

Patient Name: Miguel Lujan

04/03/2014 01:29:00 By: Leimer, Van

| Body Area | Assessments and Comments | Body Area | Assessments and Comments |
|---|---|---|---|
| Airway | Completely Obstructed : Patent - Adjunct in Place | Blood/Fluid Loss | <100 ML |
| Head | Trauma - Bleeding Controlled : Trauma - Bruising : Trauma - Hematoma Trauma - Abrasion | Face | Trauma - Abrasion : Trauma - Bleeding Controlled : Trauma - Bruising |
| Left Ear | | Right Ear | No Obvious Abnormalities |
| Left Eye | Trauma - Bruising | Right Eye | No Obvious Abnormalities |
| Nose | No Obvious Abnormalities | Neck | Trauma - Bruising |
| Trachea | Midline | Chest | No Obvious Abnormalities with Equal Rise and Fall |
| Abdomen | No Obvious Abnormalities | Back - Upper | No Obvious Abnormalities |
| Back - Lower | No Obvious Abnormalities | Pelvis | No Obvious Abnormalities or Asymmetry |
| Upper Left Arm | No Obvious Deformities or Other Abnormalities | Upper Right Arm | No Obvious Deformities or Other Abnormalities |
| Lower Left Arm | No Obvious Deformities or Other Abnormalities | Lower Right Arm | Trauma - Laceration |
| Left Hand | Trauma - Abrasion | Right Hand | Trauma - Abrasion : Trauma - Laceration |
| Upper Left Leg | No Obvious Deformities or Other Abnormalities | Upper Right Leg | No Obvious Deformities or Other Abnormalities |
| Lower Left Leg | No Obvious Deformities or Other Abnormalities | Lower Right Leg | No Obvious Deformities or Other Abnormalities |
| Left Foot | No Obvious Deformities or Other Abnormalities | Right Foot | No Obvious Deformities or Abnormalities |
| Mental Status | Decreased LOR | Nervous System | Unable to Evaluate |
| Throat/Mouth | No Obvious Abnormalities | | |

## IMPRESSIONS

**Primary Impression:** Cardiac-Arrest*

**Secondary Impressions:** Mentation-Unresponsive*

## TRAUMA

**Trauma**
Fall of 1-6 Feet

**Cause of Injury**
Electrocution (Non-Lightning)

**Injury Intent type**
Intentional, other

Category(All Trauma!!) - Category 1 Electrical Shock

Falls

## VITAL SIGNS

| Time | PTA | BP | Pulse | Monitor Rate | Respiratory | SPO2 | EtCO2 | Glucose | GCS |
|---|---|---|---|---|---|---|---|---|---|
| 04/3/2014 1:29 | No | 0 Palpated | 0, Absent, <None> | | 0 Absent, Irregular | 0% | | | E1 + V1 + M1 = 3 |

Skin Temp=Normal Skin Color=Cyanotic Skin Moisture=Normal Lung Sounds Left=Normal - Non-Reactive; Lung Sounds Right=Normal - Non-Reactive; Cap. Refill=Delayed . Right=Absent Pupil Reacts: Left=Absent, Right=Absent
Level of Consciousness: U - Unresponsive;

Taken by: Leimer, Van

## TREATMENT SUMMARY

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 01:29 | No | Naloxone (Narcan) | Leimer, Van | | |

Complication: None

Complication Narrative

Dosage=2 mg Route=IN Response=No change

**FINAL** **Patient Care Report**

Espanola Hospital
1010 SPRUCE ST
ESPANOLA, NM, 875322724
(505) 753-1376 Ext.

EMS Agency Number:

Run Number: 1076

Date of Service: 04/03/2014

Patient Name: Miguel Lujan

## TREATMENT SUMMARY CONTINUED

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 01:29 | No | CPR | Leimer, Van | | |

Complication: None

Complication Narrative:

Method=Two Hands | Result=Pulse with CPR | Comp/Vent Ratio=Initiated 30:2

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 01:29 | No | BVM | Smith, James | | |

Complication: None

Complication Narrative:

Ventilatory Rate=12/min | O2 Flow=15 lpm | Bag Compliance=Chest Rise - Bilateral

Response=Cardiovascular Status Improved

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 01:29 | No | NPA | Smith, James | | |

Complication: None

Complication Narrative:

Attempts=1 | Success=Successful | Size=30 Fr.

Nare Prep=KY Jelly | Site=L Nare | Response=Airway Improved

| Time | PTA | Treatment | Who performed | Authorized by | Comments |
|---|---|---|---|---|---|
| 01:33 | No | Naloxone (Narcan) | Smith, James | | |

Complication: None

Complication Narrative:

Dosage=2 mg | Route=IN | Response=No change

**FINAL** **Patient Care Report**

Espanola Hospital
1010 SPRUCE ST
ESPANOLA, NM, 875322724
(505) 753-1576 Ext.

EMS Agency Number:

Run Number: 1076

Date of Service: 04/03/2014

Patient Name: Miguel Lujan

**NARRATIVE**

D- M1 and EFD dispatched to M subject who was tazered by EPD @ 1710 W. Bond St., U/A found Officer Jose Martinez in home that directed EMS and EFD to street 1 block over Calle Vigil. EMS enroute with fire to pt. that had been tazed was awake and alert and being detained by EPD onscene. EFD was cancelled enroute by EMS and EFD returned to station. Fire was cancelled due to narrow street with one outlet. Engine would have blocked access.
C- U/A found 26 y/o M pt. laying on his back supine with Officer David Luginbuhl standing beside pt. Officer reports that pt. had attempted to evade officer by running and pt. was tazered. Pt. initially had no complaints other than he wanted to go home.
HPI- Pt. was picked up earlier in the evening by EMS @ Triple S gas station. Pt. was running from unknown people when EMS picked up pt. Pt. was assessed and taken to EVH ER. Pt. at this time reportedly had injuries from breaking into a home at 1710 W. Bond St. and that is why police were called and onscene.
A- see report
M- see report
PMHx- see report
L- UNK
E- Pt. stated," I have been high for days and drinking whiskey!" When pt. was rolled onto side he questioned EMS about breaking his whiskey bottle.
A- Pt. is covered in grass and dirt. Pt. is lying supine and sits up when asked. Pt. is answering questions but being arguementative. Pt. becomes very agitated when EPD places pt. in handcuffs and begins screaming, yelling and very combative with EPD so assessment is delayed.
Rx- U/A pt. is not handcuffed and Officer Luginbuhl is standing with a tazer in his hand and pt. has electrodes on R hip and L arm. EMTP Leimer and EMTP Smith remove electrodes that are attached to pt. skin. EMS confers with EPD officers that pt. is going to jail and that they will take pt. to EVH ER for prescreen prior to entering jail. Officers handcuff pt. who becomes very combative and begins screaming, yelling, and fighting with officers. EPD officers attempt to place pt. in back seat of squad car and pt. will not allow and is screaming for his girlfriend. Pt. attempts to run from officers and escapes when EMTP Leimer catches pt. by the handcuffs. Pt. is turned and taken down on the hood of the EPD squad car. Pt. is very violent, screaming, fighting, and yelling for his girlfriend that they are taking him to jail. Girlfriend arrives while EMS watches and EPD attempts to place pt. in back of squad car again. Girlfriend approaches EPD and EPD officers advise her to step back. EMTP Smith begans talking to girlfriend to distract her and gather pt. information. EPD gets pt. into car and pt. slides across the back seat and out the drivers side back seat of car. Officer Martinez catches pt. and with momentum of pt. coming out of the back of the car attempts to subdue pt. to the ground where pt. hits his face and head. Officers restrain pt. to the ground at this point and pt. is still fighting and being very combative with officers. Officers have one knee on pt. back and one officer holding pt. legs to prevent him from kicking. Pt. is still talking and EPD calls for Jail transport van to come get pt. from scene. Pt. slowly becomes less combative and breathing slows. EMTP Leimer approaches and notices pt. breathing has slowed and asks officers to roll pt. on his side. Pt. is unresponsive at this time and EMTP Leimer asks EMTP Smith to bring gurney. Pt. is loaded onto gurney and placed in M1. Pt. appears apneic and carotid pulse is taken with no pulse being felt by EMTP Leimer. EMTP Leimer grabs narcan and administers 2mg narcan via IN. EMTP Smith checks and confirms no pulse and EMTP Leimer immediately begins CPR. EMTP Smith places shock pads on pt. and attempts to hook up four lead from Lifepak 15. Lifepak 15 is not working at this time. EMTP Leimer continues CPR and EMTP Smith grabs BVM and begins bagging the pt. EMTP Smith checks for gag reflex and appears intact. EMTP Smith grabs NPA and places in pt. L nare and continues bagging pt. Officer Luginbuhl opens door and asks if he can drive M1 to EVH ER. EMS responds yes and transport begins. EVH ER is approx. 2 miles away.
Tx- Enroute EMTP Leimer continues CPR throughout transport. EMTP Smith continues bagging pt. with High flo O2 pausing to administer another 2mg of narcan via IN. EMTP Smith gives quick radio report to alert EVH ER of pt. condition and continues bagging immediately. M1 arrives @ EVH ER and pt. has a pulse and very slow breathing. Pt. is moved into trauma Rm. A and pt. report is given to Dr. Connaughton. EVH ER staff take care of pt. EMS stays to help with pt. care. Once pt. is stabilized EMS cleans M1 and returns to service.

**MISCELLANEOUS**

PD Case Number:

Police Officer:

Protective equip used: Gloves

**FINAL** **Patient Care Report**

Espanola Hospital
1010 SPRUCE ST
ESPANOLA, NM, 875329124
(505) 753-1578 Ext.

EMS Agency Number:

Run Number: 1076

Date of Service: 04/03/2014

Patient Name: Miguel Lujan

**SIGNATURES**

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 04/03/2014 04:01 | EVEMS Billing Signature | Relative - Sanchez, Amanda | GCS <15 |

ASSIGNMENT OF BENEFITS AUTHORIZATION, RESPONSIBILITY FOR PAYMENT, BILLING AUTHORIZATION, AND ACKNOWLEDGMENT OF RECEIPT OF NOTICE OF PRIVACY PRACTICES.

I understand that I am financially responsible for the services provided to me by Española Valley EMS (EVEMS) regardless of insurance coverage. I request that payment of authorized Medicare or other insurance benefits be made on my behalf to EVEMS for any services provided to me by EVEMS. I authorize and direct any holder of medical information or documentation about me to release to the Centers for Medicare and Medicaid Services and its carriers and agents, as well as to EVEMS and its billing agents and any other payers or insurers, any information or documentation needed to determine these benefits or benefits payable for any services provided to me by EVEMS, now or in the future. I agree to immediately remit to EVEMS any payments that I receive directly from any source for the services provided to me and I assign all rights to such payments to Española Valley EMS. I also acknowledge that I have received a copy of the Española Valley EMS Notice of Privacy Practices. A copy of this form is as valid as the original.

I believe (as a prudent lay person) that emergency ambulance transportation is necessary.

X [signature] Amanda Sanchez

| Time | Type | Who signed | Why patient did not sign |
|---|---|---|---|
| 04/03/2014 04:03 | Receiving Facility Confirmation | Medical Staff - Martinez, Jennifer | <Not applicable> |

I certify that the above named patient was received by our facility on the date and time set forth above.

X [signature]

**CREW INFORMATION**

Start Date/Time: 04/01/2014 12:39

| Crew # | Name | Crew # | Name |
|---|---|---|---|
| E68 | Leimer, Van | E70 | Smith, James |

X [signature] X [signature]

I.C.U. Reports

# VENTILATOR FLOW SHEET

Nurse Flowsheets

| DATE / TIME 4/4/14 | 0359 | 0529 | 0559 | 0600 | 0637 | 0700 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MONITOR** HR | 61 | 54 | 61 | 59 | 63 | 71 | | | | | | |
| $SpO_2$ | 95 | 97 | 95 | 98 | 97 | 94 | | | | | | |
| $SvO_2$ / BP | 124/57 | 125/[illegible] | 123/61 | | 112/[illegible] | | | | | | | |
| Mode | SIMV | SIMV | | Spont | [illegible] | HT | | | | | | |
| **VENT SETTINGS** $V_T$ Set / PIP | 450 | 450 | | | | | | | | | | |
| $V_T$ Return | 445 | 457 | | 464 | 496 | | | | | | | |
| Rate Set | 15 | 8 | | | | | | | | | | |
| Rate--Total | 17 | 17 | 17 | 16 | 16 | 25 | | | | | | |
| Peak Flow | 70 | 70 | | | | | | | | | | |
| Sensitivity | 3.0 | 3.0 | | | | | | | | | | |
| Pressure | | | | | | | | | | | | |
| Flow bv | | | | | | | | | | | | |
| $FiO_2$ | .35 | .35 | | .35 | .35 | .40 | | | | | | |
| PEEP | 5 | 5 | | | | | | | | | | |
| Pressure Supt | 10 | 10 | | | | | | | | | | |
| P.S Return | 523 | 474 | | | | | | | | | | |
| **PT. PARAMETERS** I Time | .90 | .90 | | | | | | | | | | |
| MAP | 9.1 | 8.5 | | | | | | | | | | |
| Peak Pressure | 24 | 23 | | | | | | | | | | |
| Plateau Pressure | | | | | | | | | | | | |
| Static Comp. | | | | | | | | | | | | |
| Dynamic Comp. | | | | | | | | | | | | |
| I : E Ratio | 1:3.5 | 1:3.7 | | | | | | | | | | |
| Minute Volume | 8.4 | 7.52 | | | | | | | | | | |
| **HUM.** $H_2O$ ✓ / Drain | HME | HME | | | | | | | | | | |
| Temperature | | | | | | | | | | | | |
| **ALARMS** Apnea Param | 20 | 20 | | | | | | | | | | |
| High Pres Limit | 40 | 40 | | | | | | | | | | |
| Low PEEP (VE TOT) | 2.50 | 2.50 | | | | | | | | | | |
| Low Exhaled Vol | 250 | 250 | | | | | | | | | | |
| High Resp Rate | 40 | 40 | | | | | | | | | | |
| **PT. CARE** Suction | | | | | | | | | | | | |
| Tube Care | | | | | | | | | | | | |
| Cuff Pressure | | | | | | | | | | | | |
| Breath Sounds | | | | | | | | | | | | |
| Treatment | | | | | | | | | | | | |
| **BLOOD GASES** Time / pH | | | | | | | | | | | | |
| $PCO_2$ | | | | | | | | | | | | |
| $PO_2$ | | | | | | | | | | | | |
| $HCO_3$ | | | | | | | | | | | | |
| $SaO_2$ | | | | | | | | | | | | |
| $ETCO_2$ | | | | | | | | | | | | |
| **WEANING** Average $V_T$ | | | | | | | | | | | | |
| Resp Rate (f) | | | | | | | | | | | | |
| Vital Capacity | | | | | | | | | | | | |
| NIF | | | | | | | | | | | | |
| Therapist | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | | | | | |

(Handwritten vertically in the 0637 column: [illegible])

☐ Gas flow and Alarms to Ventilator tested prior to set-up on Patient (initials)

☐ Safety Sticker Current

Breath Sounds: cr = crackles, rh = rhonchi, wh = wheeze, cl = clear

Ordering Physician: Narayanan Diagnosis:

Ventilator Make: 840 Unit:

Legal Signatures: [illegible] RRT

ETT Holder: 21 @ [illegible] molar

Tube Size / Placement: 7.5 ETT Date Change:

PATIENT IDENTIFICATION

LUJAN, MIGUEL
012151439-4093 04/03/14
26Y/M
LAKSHMI-NARAYANAN, S, ATN.
000151439

PRESBYTERIAN

# VENTILATOR FLOW SHEET

Nurse Flowsheets

| Section | DATE / TIME | 4/3/14 2050 | 2305 |
|---|---|---|---|
| MONITOR | HR | 74 | 65 |
| | SpO2 | 97 | 96 |
| | SvO2 / BP | 119/53 | 134/64 |
| VENT. SETTINGS | Mode | Simv | Sim |
| | VT Set / PIP | 450 | 450 |
| | VT Return | 453 | 517 |
| | Rate Set | 15 | 15 |
| | Rate--Total | 20 | 19 |
| | Peak Flow | 70 | 70 |
| | Sensitivity | 3.0 | 3.0 |
| | Pressure | / | / |
| | Flow by | / | / |
| | FiO2 | .35 | .35 |
| | PEEP | 5 | 5 |
| | Pressure Supt | 10 | 10 |
| PT. PARAMETERS | P.S Return | 465 | 448 |
| | I Time | .90 | .90 |
| | MAP | 8.9 | 8.9 |
| | Peak Pressure | 22 | 21 |
| | Plateau Pressure | 14 | |
| | Static Comp. | 61 | |
| | Dynamic Comp. | | |
| | I : E Ratio | 1:3.4 | 1:3.5 |
| | Minute Volume | 8.11 | 8.08 |
| HUM. | H2O ✓ / Drain | Hme | Hme |
| | Temperature | | |
| ALARMS | Apnea Param | on | on |
| | High Pres Limit | 40 | 40 |
| | ~~Low PEEP~~ VT Tot | 7.50 | 2.50 |
| | Low Exhaled Vol | 250 | 250 |
| | High Resp Rate | 40 | 40 |
| PT. CARE | Suction | [illegible] | |
| | Tube Care | Secure | Secure |
| | Cuff Pressure | | |
| | Breath Sounds | [illegible] | |
| | Treatment | | |
| WEANING & BLOOD GASES | Time / pH | | |
| | PCO2 | | |
| | PO2 | | |
| | HCO3 | | |
| | SaO2 | | |
| | ETCO2 | | |
| | Average VT | | |
| | Resp Rate (f) | | |
| | Vital Capacity | | |
| | NIF | | |
| | Therapist | [illegible] | [illegible] |

☐ Gas flow and Alarms to Ventilator tested prior to set-up on Patient (initials) ☐ Safety Sticker Current

Breath Sounds: cr = crackles, rh = rhonchi, wh = wheeze, cl = clear

| | | | |
|---|---|---|---|
| Ordering Physician: | Narayanan | Diagnosis: | |
| Ventilator Make: | 840 | Unit: | |
| Legal Signatures: | [illegible] RRT | | |
| ETT Holder: | 21 @ Back molar | | |
| Tube Size / Placement: | 7.5 ETT | Date Change: | |

PATIENT IDENTIFICATION

LUJAN, MIGUEL
012151439-4093 04/03/14
26Y/M
LAKSHMI-NARAYANAN, S, ATN.
000151439

PRESBYTERIAN

9901 (Rev 9/04)
Page 1 of 1

# VENTILATOR FLOW SHEET

Nurse Flowsheets

| DATE / TIME 04/03/14 | 0830 | 0250 | 0340 | 0340 | 0550 | 0610 | / | 830 | 930 | 1140 | 1340 | 1545 | 1930 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MONITOR** HR | 114 | | 99 | | 96 | 92 | | | | | | | |
| SpO2 | 100 | | 100% | | 100% | 100% | | | 77 | 72 | 78 | 81 | 74 |
| SvO2 / BP | | O | 94/39 | | 103/55 | 84/47 | | | 94 | 100 | 99 | 96 | 97 |
| Mode | SVC | | SVC | | SVC | SVC | | | 95/50 | 113/58 | 122/69 | 128/74 | 102/52 |
| VT Set / PIP | 450 | | 450 | | 460 | 450 | | | SIMV-VC | SIMV | SIMV | SIMV | SIMV |
| VT Return | 490 | | 455 | | 475 | 471 | | | 450 | 450 | 450 | 450 | 450 |
| **VENT SETTINGS** Rate Set | 15 | | 15 | | 15 | 14 | | | 450 | 375 | 460 | 457 | 468 |
| Rate--Total | 19 | | 15 | | 18 | 15 | | | 15 | 14 | 15 | 15 | 15 |
| Peak Flow | 65 | | 65 | (65)(55) | 65 | 55 | | | 17 | 36 | 15 | 22 | 15 |
| Sensitivity | 3c | | 3.0 | 3 | 30 | 3.0 | | | 55 | 55 | 60 | ↑70 | 70 |
| Pressure | 1 | | 1 | 3/4 | 1 | 1 | | | 3.0 | 3.0 | 3.0 | | |
| Flow by | 2DM | | 2DM | | | | | | | | | | |
| FiO2 | 100 (52) | | (52) | | .2M | .2M | | | | | | | |
| PEEP | +5 | | +5 | | 65% | 65% (65) | | ↓40 | 40 | ↓35 | 35 | 35 | 35 |
| Pressure Supt | 10 | | 10 | | +5 | +5 | | | 5/10 | 5/10 | 5/10 | 5/10 | 5/10 |
| P S Return | 311 | | | | 10 | 10 | | | | | | | |
| I Time | | | | | 300 | | | | .397 | 305 | — | | — |
| **PT. PARAMETERS** MAP | 9.5 | 5 | 9.5 | | 46 | 9.7 | | | ~~9.4~~ | | | 444 | |
| Peak Pressure | 21 | | 25 | 24 | 63 | 24 | | | 9.4 | 10 | 9.5 | 7.4 | 8.8 |
| Plateau Pressure | 17 | | | | | 12 | | | 15 | 26 | 25 | 22 | 21 |
| Static Comp. | 48 | | | | | 44 | | | | | | | |
| Dynamic Comp. | | | | | | | | | | | | | |
| I : E Ratio | 1:3.2 | | 1:4.3 | | 1:7.9 | 1:34 | | | | | | | |
| Minute Volume | 2005 | | 10.86 | | 7.89 | 7.7 | | | 1:3.3 | 1:2.5 | 1:3.1 | 1:2.7 | 1:4 |
| **HUM.** H2O ✓ / Drain | | | | | | | | | 7.93 | | 6.88 | 10.5 | 7.7 |
| Temperature | HME | | HME | | HME | HME | | | | | | | |
| **ALARMS** Apnea Param | 20s | | 20sec | | 20s | 20s | | | HME | HME | HME | HME | HME |
| High Pres Limit | 40 | | 40 | | 40 | 40 | | | 20s | 20s | 20s | 20s | 20s |
| Low PEEP Vo 404 | 2.5 | | 2.5 | | 2.5 | 2.5 | | | 40 | 40 | 40 | 40 | 40 |
| Low Exhaled Vol | 250 | | 250 | | 250 | 250 | | | 2.5L | 2.5L | 2.5L | 2.5L | 2.5L |
| High Resp Rate | 40 | | 40 | | 40 | 40 | | | 250 | 250 | 250 | 250 | 250 |
| Suction | | | +1 | | | | | | 40 | 40 | 40 | 40 | 40 |
| **PT. CARE** Tube Care | Secure | | Secure | | | Secure | | | | | | | |
| Cuff Pressure | 25 | | ✓ | | | 25 | | | secure | sec | sec | sec | sec |
| Breath Sounds | Bilat | | Bilat | | | Bilat | | | MDV | MV | MV | MV | MV |
| Treatment | | | FW | | | | | | = | = | = | = | = |
| **BLOOD GASES** Time / pH | | | | | | | | | | | | | |
| PCO2 | | | | | | | | | | | | | |
| PO2 | | | | | | | | | | | | | |
| HCO3 | | | | | | | | | | | | | |
| SaO2 | | | | | | | | | | | | | |
| **WEANING** ETCO2 | 30 | | 33 | | 35 | | | | | | | | |
| Average VT | | | | | | | | | | | | | |
| Resp Rate (f) | | | | | | | | | | | | | |
| Vital Capacity | | | | | | | | | | | | | |
| NIF | | | | | | | | | | | | | |
| Therapist | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | | MMB | MMB | MMB | MMB | MMB | MMB |

☐ Gas flow and Alarms to Ventilator tested prior to set-up on Patient (initials)

☑ Safety Sticker Current

Breath Sounds: cr = crackles, rh = rhonchi, wh = wheeze, cl = clear

| | | | |
|---|---|---|---|
| Ordering Physician: Connaughton | | Diagnosis: | |
| Ventilator Make: 840 | | Unit: | ED B →2829 |
| Legal Signatures: Wieseman RRT / [illegible] RRT | | | |
| ETT Holder: tape | | | |
| Tube Size / Placement: 7.5 21 back molar | | Date Change: | Day 1 |

PATIENT IDENTIFICATION

LUJAN, MIGUEL
012151439-4093 04/03/14
[redacted] 26Y/M
CONNAUGHTON, KAREN, ATN
000151439

PRESBYTERIAN

9901 (Rev 9/04)
Page 1 of 1

**PRESBYTERIAN**

| Date / Time | DAY SHIFT |
|---|---|
| 4/3/14 930 | cont care |

| Date / Time | NIGHT SHIFT |
|---|---|
| | 01:37 arrival to ED - Bagged — [signature] |
| 4/3/14 02:15 | Pt intubated, ET 7.5, 21 at back molar 23 at front teeth, BS Bilat |
| | Placed on vent ET on in place — [signature] |
| 0250 | transport to CT — Bagged during transport and scan [signature] |
| 03:40 | Return pt to vent, same settings, titrate FiO2, Flow [signature] |
| 05:50 | Pt off vent for transport to floor — [signature] |
| 06:10 | Return to vent - Propofol 50 mcg/kg/min, Fentanyl in ED - Pt Restrained HOB 45° - vent plugged to Red outlet, wheels locked ambu bag at bedside connected to flow, [illegible] ET [illegible] [signature] |

LUJAN, MIGUEL
012151439-4093
04/03/14
CONNAUGHTON, KAREN, ATN.
26Y/M
000151439

**Ventilator Notes**

Nurse Notes

# RESPIRATORY CARE TREATMENT

TIME 0835 | PULSE 1 69 | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION / AIR LPM / O2 LPM 96% Room Air | COUGH NA | SPUTUM YES NO NA | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST [signature] NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

TIME | PULSE 1 NA | 2 NA | 3 NA | MEDICATIONS ml NA | DURATION | AIR LPM NA | O2 LPM NA | COUGH YES NO NA | SPUTUM YES NO | TYPE | COLOR | AMOUNT NA

RESPIRATION RATE 1 NA | 2 NA | 3 NA | ml NA | IS INSTRUCT | PREBREATH SOUNDS NA

ml NA | PRED TV | ACTUAL TV NA

HHN PD | IS PULSE-OX | USN IPPB | SPUTUM - IND | ASSESSMENT NA | POST BREATH SOUNDS NA

THERAPIST NA

PATIENT IDENTIFICATION

TODAY'S DATE 4/6/14

COMMENTS: 2509

LUJAN, MIGUEL
012151439-4093 04/03/14
26Y/M
CONNAUGHTON, KAREN, ATN.
000151439

PRESBYTERIAN

9620 (Rev. 3/06)
Page 1 of 1

CHART COPY

# RESPIRATORY CARE TREATMENT

Nurse Notes

TIME 0415 — 73

SpO2 97% O2 NC 2% ↓ 1%

THERAPIST C. B[illegible] RRT

TIME 0420

Pt placed on RA per RN

THERAPIST C. B[illegible] RRT

TIME 0455 — 55

SpO2 97% O2 NC 1%

Pt placed Back on O2 NC 1% for desats <90% Per RN — C. B[illegible] RRT

PATIENT IDENTIFICATION

TODAY'S DATE 4/5/14

COMMENTS:

LUJAN, MIGUEL
012151439-4093 04/03/14
26Y/M
[redacted]
LAKSHMI-NARAYANAN, S, ATN.
000151439

PRESBYTERIAN

2529

WHITE - Chart Copy PINK - Department Copy

9620 (Rev. 1/14)
Page 1 of 1

RESPIRATORY CARE TREATMENT

Nurse Notes

TIME 0400
ABG done (R) radial
Pt on Vent 450, 15, .35 FiO2 5/10 - C. B[illegible] CRT

TIME 0700 77
Pt extubate Placed on
Cool Aersol .40 FIO2 SpO2 99% - C. B[illegible] RRT

TIME 0820 SpO2 98% New O2 setup cool aerosol 40%
Humidified NC, extension tubing. Place on 4L nc SpO2 98% titrate to 3L nc
THERAPIST L Wieseman RRT

TIME 0905 87 26 SpO2 95% 3L nc
THERAPIST L Wieseman RRT

TIME 1405 92 17 SpO2 96% 0.5L nc Place on RA trial.
Pt titrate to 0.5L by RN
Pt awake - in 30 min SpO2 93% RA
THERAPIST L Wieseman RRT

TIME 2230 89 SpO2 97% O2 NC 2L
THERAPIST C. B[illegible] RRT

TIME [illegible] NA DURATION OF THERAPY NA PRED TV ACTUAL TV NA YES NO PRE BREATH SOUNDS POST BREATH SOUNDS THERAPIST

TIME [illegible] NA DURATION OF THERAPY NA PRED TV ACTUAL TV NA YES NO PRE BREATH SOUNDS POST BREATH SOUNDS THERAPIST

PATIENT IDENTIFICATION

TODAY'S DATE 4/4/14

COMMENTS:

LUJAN, MIGUEL 04/03/14
012151439-4093 26Y/M
LAKSHMI-NARAYANAN, S, ATN.
000151439

2529

PRESBYTERIAN

WHITE - Chart Copy PINK - Department Copy

9620 (Rev. 1/14)

# RESPIRATORY CARE TREATMENT

Nurse Notes

**0137** — ASSESSMENT: Pt arrived in ED - on LRB - CPR in progress on arrival, Pt bagged. Ambu bag, Returned to LRB
THERAPIST: [signature] RRT

**0210** — On 840 settings per MD VC
ASSESSMENT: Pt intubated, Bagged Et CO2 in place, HME, Ballard. Placed on 840 SIMV VC Vt 450 R15 FiO2 100% Peep 5 PS 10
THERAPIST: [signature] RRT

**0250 to 0340** — ASSESSMENT: Pt off vent, transport to CT - Bagged during transport and scan SpO2 100% HR 102-118
THERAPIST: [signature] RRT

**0550** — ASSESSMENT: Transfer pt to ICU
THERAPIST:

**0610** — ASSESSMENT: Pt Returned to vent - SIMV VC Vt 450 R15 Peep 5 PS 10 FiO2 65% → 50%
PREBREATH SOUNDS: Breath Fine rhonchi
THERAPIST: [signature] RRT

**11:40** — FiO2 40%
ASSESSMENT: ABG drawn - sent to lab
THERAPIST: M [signature] RRT

**17:30** — ASSESSMENT: FiO2 35%, settings stated on Vent Sheet
THERAPIST: M [signature] RRT

PATIENT IDENTIFICATION

TODAY'S DATE 04 / 03 / 14

COMMENTS: ED-13 → 2509

LUJAN, MIGUEL
012151439-4093
04/03/14
26Y/M
CONNAUGHTON, KAREN, ATN.
000151439

PRESBYTERIAN

9620 (Rev. 3/06)
Page 1 of 1

CHART COPY

PRESBYTERIAN
Healthcare Services

LUJAN, MIGUEL

Discharge Summary

MRN: 000151439
Admit: 04/03/2014
Discharge: 04/07/2014

DOB: [redacted] GENDER: M

Dictation ID
1331352

Report of: SAL LAKSHMI-NARAYANAN, MD

FINAL DIAGNOSES:

*1. Status post cardiac arrest, status post tased by the police, acute respiratory failure -- resolved.
2. Polysubstance abuse with urine drug screen showing methamphetamine, amphetamine, buprenorphine cocaine, etc., and substance overdose.
3. Underlying hepatitis C disease.
4. Acute rhabdomyolysis, much improved.
5. Superficial palmar injuries, improving.
6. Acute renal failure and acute lactic acidosis at admission -- resolved.
7. Underlying alcohol abuse.

*Mr. Lujan is a 26-year-old gentleman with history of alcohol abuse, polysubstance abuse. He was hospitalized on April 3, 2014, after history of being tased by the police from available history. Also, polysubstance overdose, cardiac arrest, and acute respiratory failure, etc. Please see detailed history and physical for further details. He was on the ventilator support for a day or so. He was successfully extubated. In the hospital, we found that he had acute rhabdomyolysis. He was on appropriate treatment with intravenous fluids, bicarbonate drip, etc. He has improved very well. His latest CK is 377 slightly elevated, and at one time it was speaking around 3,666. He had acute renal failure at admission with a creatinine of 1.99. At discharge it was 0.73. His admission alcohol level was high at 155 mg percent.

He has nasal bone fracture from the available data. He is hepatitis C positive. He had acute renal failure, lactic acidosis which has resolved. His AB serology was negative and hepatitis C serology was positive. TSH was normal at 0.91. Troponins are nonspecific at 0.086. These are status post cardiac arrest values, but his echocardiogram showed normal ejection fraction 65% to 69% with normal left ventricular wall motion.

He had elevated liver function test and ultrasound of the gallbladder showed normal gallbladder and a fatty liver. CT scan of the abdomen and pelvis with contrast showed no evidence of any acute injury in the abdomen or pelvis. CT scan of the maxillofacial area shows some nasal bone fractures with overlying soft tissue swelling, an absent right medial maxillary incisor. CT scan of the head shows no evidence of any acute intracranial injury and CT scan of cervical spine showed no major problems. His EKG in the hospital showed sinus bradycardia without any major acute changes.

Overall, clinically he has done very well. His x-ray of the left hand showed no fracture, no substantial radiopaque foreign body. He was seen by the surgical team for trauma evaluation as well when he was in the hospital.

Clinically, he has improved. He is okay to be discharged today and continued care as an outpatient. His CK is down to 377, slightly elevated but greatly improved from the previous values. CBC is also showing normal WBC count from what he was at admission. Clinically, he has improved. He is ambulating in the med/surg floor very well, eating fine, hemodynamically stable, okay to be

discharged and continued care as an outpatient.

PHYSICAL EXAMINATION:
VITAL SIGNS: At the time of discharge, his blood pressure is 120/50 with a heart rate of 53 a minute, respiration is 18 a minute, saturation 90% on room air, afebrile.
GENERAL: He looks comfortable, at rest on general examination.
HEENT: No acute findings.
NECK: Neck is supple.
CHEST: Normal symmetrical expansion bilaterally of chest. No use of accessory muscles of respiration. Normal vesicular breathing bilaterally heard. No adventitious sounds. No palpable tenderness on chest wall on percussion, resonance bilaterally heard.
CARDIOVASCULAR: S1 and S2 are normal, no murmur, no pedal edema, no swelling or tenderness in the calf region in the legs.
ABDOMEN: Soft and nontender.
EXTREMITIES: No cyanosis or clubbing.
CENTRAL NERVOUS SYSTEM: Alert and awake, oriented to time, place and person. Normal mood.

His injuries in both palms are very tiny and they are healing.

DISCHARGE INSTRUCTIONS:
Discharge patient home today. Discontinue hep-lock, IV fluids, all lines, catheters, telemetry, oxygen on discharge. He will follow up with his primary care provider at El Centro Family Health Care in 1 or 2 days. Follow up with Dr. Dooley or associate gastroenterology in Santa Fe in 2 or 3 weeks for his hepatitis C disease. Follow up in the ER for acute symptoms. Advised to quit smoking, alcohol, and substance abuse.

Regular diet.

Activity as tolerated. Advised not to drive under the influence of alcohol, drugs or when sleepy.

DISCHARGE MEDICATIONS:
1. Neosporin ointment to both palmar wounds every 12 hours for 7 days.
2. Tylenol 500 mg by mouth every 8 hours as needed pain for 5 days.

Please see detailed discharge orders, instructions, and prescriptions.

Total time spent coordinating care and discharge today is 35 minutes. The patient and the wife had lots of questions which I answered.

SAL LAKSHMI-NARAYANAN, MD

04/07/2014 01:41 PM
04/07/2014 02:21 PM NTS
Job: 1011915

CC: SAL LAKSHMI-NARAYANAN, MD

Authenticated by Sal Lakshmi-Narayanan, MD On 04/28/2014 11:52:27 AM

PRESBYTERIAN
Healthcare Services

LUJAN, MIGUEL

Consultation

MRN: 000151439 DOB: [redacted] GENDER: M
Admit: 04/03/2014
DOS: 04/03/2014

Dictation ID
1327141

Report of: MIGUEL ITURREGUI, MD

CONSULTATION REQUESTED BY:
Sal Lakshmi-Narayanan, MD

CHIEF COMPLAINT:
Cardiac arrest.

HISTORY OF PRESENT ILLNESS:
The history is obtained from the chart as the patient is currently intubated and sedated. There is no family at the bedside. Briefly, the patient is a 26-year-old male while in drug induced rage he had an altercation with police. He was tased and subsequently had cardiac arrest. He was brought in to our emergency room where he was intubated for agitation.

PAST MEDICAL HISTORY:
Remarkable for hepatitis C and for childhood asthma.

REVIEW OF SYSTEMS:
Positive for cocaine, positive for smoking, positive for ETOH, positive for heroin.

REVIEW OF SYSTEMS:
Not obtainable as the patient is intubated and sedated.

ALLERGIES:
There are no known drug allergies but again this information is obtained from the chart.

MEDICATIONS AT HOME:
Suboxone.

PHYSICAL EXAMINATION:
VITAL SIGNS: Heart rate is in the 70s. Oxygen saturation is 100%. Blood pressure is 104/48, respiratory rate is 18.
GENERAL: The patient is intubated and sedated.
HEENT: His pupils are equal, small, and miotic, approximated to 2 mm.
NECK: Supple.
LUNGS: Clear to auscultation.
HEART: Regular. There is no crepitance in the chest.
ABDOMEN: Soft. He does not express any pain to palpation of the abdomen.
SKIN: He has multiple abrasions throughout his body. He has a small open wound on the palm of his hand. He has a small abrasion in between his second and third finger and his 4th and 5th digits. He has multiple marks over his skin that are presumably from injecting heroin. The perineum looks intact.
BACK: His back looks intact and he has stepoffs on his vertebrae.

INVESTIGATIONS:
While he has been here in the hospital include a CK of 682 and lactic acid of 22, white blood cell count is 21, a hemoglobin of 14, creatinine is 1.9. Liver

function tests are remarkable for an AST of 200 and an ALT of 200. The urine had trace amounts of blood. Tox screen was positive for methamphetamines, amphetamines Suboxone, and cocaine. INR was 1.24. Alcohol was 155. Chest x-ray was unremarkable. CT scan of the abdomen showed no evidence of acute injury. CT of the maxillofacial area is consistent with a nasal bone fracture. CT scan of the C-spine was negative, but it was limited by motion artifact. X-ray of the right hand revealed soft tissue swelling.

IMPRESSION:
No acute surgical issues.

PLAN:
Please reconsult if needed. I have ordered an x-ray of the left hand to rule out a fracture in that extremity. I have discussed my thoughts with Dr. Narayanan.

MIGUEL ITURREGUI, MD

04/03/2014 11:54 AM
04/03/2014 12:35 PM
Job: 1008734

cc: MIGUEL ITURREGUI, MD
SAL LAKSHMI-NARAYANAN, MD

Authenticated and Edited by Migeul Iturregui Freije, MD On 4/03/14 4:31:56 PM

MIGUEL LUJAN #66946
P.O. BOX 520 H.1.D.214
SANTA ROSA N.Mex
88435

Hasler
01/26/2016
US POSTAGE

RECEIVED
At Albuquerque NM

JAN 28 2016

MATTHEW J. DYKMAN
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
OFFICE OF THE CLERK
SUITE 270
333 LOMAS BLVD. N.W
ALBUQUERQUE N. MEXICO
87102

LEGAL
