IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW MEXICO

MIGUEL LUJAN,

    Plaintiff,

v.                                      No. 1:15-cv-00093-KG-LF

CITY OF ESPAÑOLA, ESPAÑOLA POLICE
DEPARTMENT, OFFICER LUGINBUHL
AND OFFICER MARTINEZ,

    Defendants.

## ORDER OF DISMISSAL OF DAVID W. LUGINBUHL AND JOSE R. MARTINEZ

**THIS MATTER** having come before the Court on Defendants' Motion to Dismiss the Complaint and the Amended Complaint against David W. Luginbuhl and Jose R. Martinez and the causes of action asserted in Cause No. 1:15-cv-00093-KG-LF on the grounds that that the matters asserted therein have been fully resolved, compromised and settled, and the Court, having reviewed the pleadings and noted concurrence of Counsel for Plaintiff Miguel Lujan,

**FINDS** that the motion is well-taken and should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Amended Complaint and the causes of action therein in Cause No. 1:15-cv-00093-KG-LF ("*Miguel Lujan v. City of Espanola, Espanola Police Department, Officer David W. Luginbuhl and Officer Jose R. Martinez*") against Defendants David W. Luginbuhl and Jose R. Martinez shall be and hereby are dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

                                                  UNITED STATES DISTRICT JUDGE

**Submitted by**:

**BASHAM & BASHAM P.C.**

*/s/ Mark A. Basham*
*/s/ Stephen C. Ross*
Mark A. Basham
Stephen C. Ross
*Attorney for Defendants*
2205 Miguel Chavez Road, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
sross@bbpcnm.com

**Approved**:
*/s/s Carey C. Bhalla*
*The Law Office of Carey C. Bhalla LLC*
*Attorney for Plaintiff Miguel Lujan*
 925 Luna Circle, NW
Albuquerque, NM  87102
505-508-5589
carey@bhallalaw.com