IN THE UNITED STATES DISTRICT
FOR THE DISTRICT OF NEW MEXICO

**MIGUEL LUJAN,**

      **Plaintiff,**

**v.**                                  **No. 1:15-cv-00093-KG-LF**

**CITY OF ESPAÑOLA, ESPAÑOLA POLICE
DEPARTMENT, OFFICER LUGINBUHL
AND OFFICER MARTINEZ,**

      **Defendants.**

## ORDER OF DISMISSAL OF THE CITY OF ESPAÑOLA POLICE DEPARTMENT

      **THIS MATTER** having come before the Court on Defendant City of Española Police

Department's Motion to Dismiss the Complaint and the Amended Complaint and causes of

action asserted in Cause No. 1:15-cv-00093-KG-LF on the grounds that that the matters asserted

therein have been fully resolved, compromised and settled, and the Court, having reviewed the

pleadings and noted concurrence of Counsel for Plaintiff Miguel Lujan,

      **FINDS** that the motion is well-taken and should be granted.

      **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that the Complaint

and the Amended Complaint and the causes of action therein in Cause No. 1:15-cv-00093-KG-

LF ("*Miguel Lujan v. City of Espanola, Espanola Police Department, Officer David W.*

*Luginbuhl and Officer Jose R. Martinez*") against the City of Española Police Department shall

be and hereby are dismissed, with prejudice, with each party to bear its own costs and attorneys'

fees.

_____
UNITED STATES DISTRICT JUDGE

**Submitted by**:


**BASHAM & BASHAM P.C.**

*/s/ Mark A. Basham* _____
Mark A. Basham
Stephen C. Ross
*Attorney for Defendants*
2205 Miguel Chavez Road, Suite A
Santa Fe, New Mexico 87505
(505) 988-4575
mbasham@bbpcnm.com
sross@bbpcnm.com

**Approved**:

*/s/ Carey C. Bhalla*
*The Law Office of Carey C. Bhalla LLC*
*Attorney for Plaintiff Miguel Lujan*
 925 Luna Circle, NW
Albuquerque, NM  87102
505-508-5589
carey@bhallalaw.com